*Sidney S. Levine* for appellant.
*Joseph Feinstein* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of EAST RIVER DRIVE, and Approaches Thereto, in the Borough of Manhattan. GUY CARY et al., as Ancillary Executors of ROBERT W. GOELET, et al., Respondents.

Argued November 30, 1948; decided January 13, 1949.

*John P. McGrath, Corporation Counsel* (*Reuben Levy, Harry E. O'Donnell* and *Benjamin Offner* of counsel), for appellant.

*Charles Lamb, Louis W. Dawson, Vincent Keane* and *Walter L. Hopkins* for Guy Cary and others, respondents.

*Edward F. Clark* and *Leonard J. Reynolds* for George V. R. J. Innes-Ker, respondent.

Order affirmed, with costs to each respondent; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of the Application of CATHERINA LAURO, Appellant. REGISTER OF THE CITY OF NEW YORK, Respondent.

Argued December 1, 1948; decided January 13, 1949.

